# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| ALVIN DWIGHT FAIR, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:12CV177 |
| | ) | 5:03CR51-1-V |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 25, 2014 Order.

June 25, 2014

*Frank G. John*

Frank G. Johns, Clerk
United States District Court